|   |   |
|---|---|
| JOSHUA DEROCHE,  |  No. CV 06-1428-PHX-MHM (MEA) |
| Plaintiff,  |   |
|   | **ORDER** |
| v.  |   |
| LINDY FUNKHOUSE, M. BARGAN, PAMELA BARR, JILL KENNEDY, JASON LANE,  |   |
| Defendants.  |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Currently before the Court is Magistrate Judge Mark E. Aspey's Report and Recommendation addressing Plaintiff Joshua DeRoche's ("Plaintiff") April 27, 2007 motion to amend his complaint. (Dkt. #56). On September 19, 2007, Magistrate Judge Aspey issued a Report and Recommendation that recommends that the Court (1) grant Plaintiff's motion to amend his complaint to add "FNU" Espirito and "FNU" Wandry as Defendants in this action; (2) order Plaintiff to return service packets to the Court for Defendants Espirito and Wandry; and (3) order these Defendants to answer Plaintiff's allegation that they were deliberately indifferent to his serious medical needs.

Despite leave to do so as expressly stated in the Report and Recommendation, the parties did not file objections to the Report and Recommendation. (Dkt. #56, p.6); see also 28 U.S.C. § 636(b)(1)(C). As no party objects to Magistrate Judge Aspey's Report and Recommendation and good cause appearing, the Court will adopt the Report and

1  Recommendation as the order of the Court.  <u>See</u> 28 U.S.C. § 636(b)(1)(C) (the district
2  court must "make a de novo determination of those portions of the report or specified
3  proposed findings or recommendations to which objection is made.").

5  **Accordingly,**

6  **IT IS HEREBY ORDERED** adopting in full the Report and Recommendation
7  (Dkt. #56) granting Plaintiff's motion to amend his complaint (Dkt. #29) as the order of
8  the Court.

9  **IT IS FURTHER ORDERED** directing the Clerk of the Court to file Plaintiff's
10 lodged second amended complaint (Dkt. #30).

11 **IT IS FURTHER ORDERED** directing Plaintiff to return service packets to the
12 Court for Defendants Espirito and Wandry.

13 **IT IS FURTHER ORDERED** directing Defendants Espirito and Wandry to
14 answer Plaintiff's second amended complaint.

15 DATED this 14th day of February, 2008.

_____
Mary H. Murguia
United States District Judge

- 2 -